JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JAVIER MARTINEZ, ) <br> ) <br>    Defendant. ) <br> ) <br> ) <br> _____ ) | Nos.  CR 99-40261 CW <br>         CR 09-01190 CW <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 23, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

      The above-captioned matter is currently set on May 5, 2010, before this Court for status or motion setting. The parties request that the Court continue the hearing to June 23, 2010, at 10:00 a.m. before the Honorable Donna M. Ryu, United States Magistrate Judge, and that the Court exclude time under the Speedy Trial Act between May 5, 2010, and June 23, 2010.

      Defendant's counsel requires additional time to review discovery and to investigate this matter, and to effectively prepare for trial taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The

STIP. REQ. TO CONTINUE HEARING TO JUNE 23, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW

1 | parties anticipate that both the supervised release revocation and the new trial matter will either
2 | be resolved at the June 23 hearing or will be set for trial or disposition hearing at that time.
3 | Therefore, the parties further stipulate and request that the Court exclude time between the date
4 | of this stipulation and June 23, 2010, under the Speedy Trial Act for effective preparation of
5 | counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 3, 2010

    /s/  
GARTH HIRE  
Assistant United States Attorney  
Counsel for United States

    /s/  
HARRIS TABACK  
Counsel for Javier Martinez

STIP. REQ. TO CONTINUE HEARING TO JUNE 23, 2010 AND TO EXCLUDE TIME  
Nos. CR 99-40261CW, CR 09-01190 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER MARTINEZ,<br><br>　　　　Defendant. | Nos.　CR 99-40261 CW<br>　　　　CR 09-01190 CW<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 23, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

　　　　The parties jointly requested that the hearing in this matter be moved from May 5, 2010, to June 23, 2010, and that time be excluded under the Speedy Trial Act between those dates. Defendant's counsel requires additional time to review the discovery, to investigate this matter, and to effectively prepare for trial or disposition taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status/trial setting hearing in this matter is moved from May 5, 2010, to June 23, 2010, at 10:00 a.m. before the Honorable Donna M. Ryu, United States Magistrate Judge, and that the time between May 5, 2010, and June 23, 2010, is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:  5/4/2010

[GRANTED — signed Judge Donna M. Ryu, United States District Court, Northern District of California]

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIP. REQ. TO CONTINUE HEARING TO JUNE 23, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW