1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3929
7      Facsimile:   (510) 637-3724
       E-Mail:      Garth.Hire@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      ) Nos.  CR 99-40261 CW
                                    )       CR 09-01190 CW
14 |     Plaintiff,                 )
                                    ) STIPULATED REQUEST TO CONTINUE
15 |    v.                          ) HEARING DATE TO JULY 13, 2010 AND
                                    ) TO EXCLUDE TIME UNDER THE
16 | JAVIER MARTINEZ,               ) SPEEDY TRIAL ACT
                                    )
17 |     Defendant.                 )
                                    )
18                                  )
                                    )
19 |_____)

20      The above-captioned matter is currently set on June 23, 2010, before this Court for status

21 or motion setting.  The parties request that the Court continue the hearing to July 13, 2010, at

22 10:00 a.m. before the Honorable Laurel Beeler, United States Magistrate Judge, and that the

23 Court exclude time under the Speedy Trial Act between June 23, 2010, and July 13, 2010.

24      Defendant's counsel requires additional time to review discovery and to investigate this

25 matter, and to effectively prepare for trial taking into account the exercise of due diligence.

26 Additionally, defense counsel is collecting mitigating evidence to present to the government.

27 The extension is not sought for delay.  The parties agree the ends of justice served by granting the

28 continuance outweigh the best interests of the public and the defendant in a speedy trial.  The

STIP. REQ. TO CONTINUE HEARING TO JULY 13, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW

1  parties anticipate that both the supervised release revocation and the new trial matter will either
2  be resolved at the July 13 hearing or will be set for trial or disposition hearing at that time.
3  Therefore, the parties further stipulate and request that the Court exclude time between June 23,
4  2010, and July 13, 2010, under the Speedy Trial Act for effective preparation of counsel,
5  continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: June 21, 2010

10  _____/s/_____          _____/s/_____
    GARTH HIRE                                         HARRIS TABACK
    Assistant United States Attorney                   Counsel for Javier Martinez
11  Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAVIER MARTINEZ,<br><br>    Defendant. | Nos.  CR 99-40261 CW<br>        CR 09-01190 CW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 13, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be moved from June 23, 2010, to July 13, 2010, and that time be excluded under the Speedy Trial Act between those dates. Defendant's counsel requires additional time to review the discovery, to investigate this matter, and to effectively prepare for trial or disposition taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status/trial setting hearing in this matter is moved from June 23, 2010, to July 13, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, United States Magistrate Judge, and that the time between June 23, 2010, and July 13, 2010, is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: June 22, 2010

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE