FILED

AUG 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>JAVIER MARTINEZ,<br><br>  Defendant. | No. CR-99-40261-04 CW (DMR)<br>CR-09-01190 CW (DMR)<br><br>REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF VIOLATIONS OF THE TERMS AND CONDITIONS OF HIS SUPERVISED RELEASE OR PROBATION |

The magistrate judge recommends to the district court that it accept the defendant's admissions to certain violations of the terms and conditions of his supervision as charged in the petition filed on November 17, 2009. Specifically, on August 12, 2010, the defendant admitted charge one of the petition charging that in violation of the standard condition that he not commit another federal, state, or local crime, defendant was found to be in possession of 8 kilograms of cocaine in violation of California Health and Safety Code § 11351. The magistrate judge makes the following findings:

1. On the hearing date set forth above, with the assistance of counsel, the defendant waived his right to admit the violations in district court and instead consented to admit the violations in a hearing in magistrate court. Specifically, the magistrate judge advised him that he had a right to admit the violations in district court and that under 28 U.S.C. § 636(b) and Federal Rule of Criminal Procedure 59, he could waive that right and consent to admit the violations in a hearing in magistrate

REPORT AND RECOMMENDATION
CR 99-40261-04 CW (DMR), CR 09-01190 CW (DMR)

cc: Copy to parties via ECF, Nikki, Probation

court. The magistrate judge also advised him that it would issue a written report recommending that the district judge accept the admissions, that the district judge would review the recommendation and decide whether to accept the admissions, and that the district judge and not the magistrate judge would sentence him. The magistrate judge also advised him of the procedures (also set forth at the end of this order) for challenging the magistrate judge's recommendation. The defendant then waived his right to proceed in district court and consented to the magistrate judge's conducting the hearing regarding the admission of the supervised release violations.

2. The magistrate judge then reviewed, and the defendant acknowledged that he understood, the following: (a) the nature of the charge and the maximum penalty he faced; (b) his rights under Federal Rule of Criminal Procedure 32.1(b)(2); (c) the district judge, not the magistrate judge, would conduct the sentencing; and (d) the parties' sentencing agreement was not binding on the district judge.

3. After the advisements set forth in Rule 32.1(b)(2) and summarized here, the defendant waived his right to a Rule 32.1(b)(2) hearing and admitted the charges summarized above. The magistrate judge found that he was fully competent and capable of admitting the charges in the petition, that he was aware of the nature of the charges and the consequences of admitting them, and that his admission and waiver of rights were knowing and voluntary. This court thus recommends to the district judge that it accept the defendant's admissions.

4. Any party may serve and file specific written objections within fourteen days after being served with a copy of this order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59. Failure to file objections within the specified time may waive a party's right to review. *See* Fed. R. Crim. P. 59(b).

5. At the parties' request, this court set the matter for further proceedings before the district judge on Wednesday, November 10, 2010, at 2:00 p.m.

IT IS SO RECOMMENDED.

Dated: August 12, 2010

DONNA M. RYU
United States Magistrate Judge

REPORT AND RECOMMENDATION
CR 99-40261-04 CW (DMR), CR 09-01190 CW (DMR)     2