IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAVIER MARTINEZ,<br><br>    Defendant.<br>_____/ | No. CR 99-40261 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

    The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

    Defendant Javier Martinez's admission of the violation is accepted by the Court as to charge one (1) of the Petition for Arrest Warrant for Offender Under Supervision filed on November 17, 2009 charging Defendant Javier Martinez with committing another federal, state, or local crime.  Sentencing is set for Wednesday, November 10, 2010 at 2:00 p.m.  The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 8/27/2010

                                      CLAUDIA WILKEN<br>                                    United States District Judge

cc:  DMR, Sue